UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN JIANG,<br><br>Defendant. | CR No. CR 11-00857-LHK (PSG)<br><br>[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The defendant came before the Court for a status conference on February 22, 2012. At that hearing, the matter was set for a status conference on April 25, 2012, at 10:00 a.m., before the Honorable Lucy H. Koh.

The parties agreed, and the Court finds, that the time between February 22, 2012 and April 25, 2012, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(I) and (h)(7)(B)(iv). The parties represent, and this Court found, that the this delay is necessary to allow counsel for the Defendant to effectively review discovery documents and for effective preparation for trial. The parties agreed that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, the Court HEREBY ORDERS the period between February

22, 2012 and April 25, 2012, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(I) and (h)(7)(B)(iv).

The Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, including the review of discovery, and for continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED. *The Court's continuity of counsel finding was based on U.S. DOJ Tax Division Counsel's unavailability until April 2012 to appear before this Court.*

DATED: 2/28/12

Lucy H. Koh
LUCY H. KOH
United States District Judge

US v. Jiang,
No. CR 11-00857-LHK (PSG)
[Proposed] Order To Exclude Time                 2