**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0857 (LHK) (PSG) |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER ENTERING** |
| | ) | **SECOND STIPULATION TO MODIFY** |
| v. | ) | **DEFENDANT JONATHAN JIANG'S** |
| | ) | **CONDITIONS OF RELEASE** |
| JONATHAN JIANGUO JIANG, | ) | |
| | ) | |
| Defendant. | ) | |

The parties having agreed and good cause having been shown for the proposed modification of Defendant Jonathan Jianguo Jiang's Conditions of Release, the Stipulation is hereby ENTERED.

The terms and conditions of Mr. Jiang's release shall be modified as follows:

1. Mr. Jiang will be permitted to travel to China one (1) time for up to fourteen (14) days. The following conditions will apply:

    a. Mr. Jiang will provide U.S. Pretrial Services and the U.S. Attorney's Office for the Northern District of California at least 10 days notice of his travel plans.

    b. At least 5 business days before his departure for China, Mr. Jiang will provide U.S. Pretrial Services and the U.S. Attorney's Office for the Northern District of California an itinerary of his upcoming travels, including all cities he intends to visit and the purpose for each visit, and all address(es) and phone number(s) for any hotel(s) or residence(s) in which he plans to stay.

**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO
MODIFY CONDITIONS OF RELEASE**
*United States v. Jonathan Jiang*, No. CR 11-0857 (LHK)(PSG)          1

      c.     Two business days before his departure for China, Mr. Jiang may obtain his passport from U.S. Pretrial Services. Upon receipt of Mr. Jiang's passport, Mr. Jiang's wife, Qing Wen, will surrender all of her passports to U.S. Pretrial Services for the duration of Mr. Jiang's travel.

      d.     Mr. Jiang will surrender his passport to U.S. Pretrial Services one business day after his return from China. Upon surrender of Mr. Jiang's passport, U.S. Pretrial Services will return Qing Wen's passport.

2. Mr. Jiang has posted a deed of trust for the full value of his residence, located at 14625 Aloha Avenue, Saratoga, California 95070, as bond in conformance with the bond requirements of this District.

3. All other conditions of Mr. Jiang's release shall remain unchanged and in force.

IT IS SO ORDERED.

Dated: April 13, 2012

PAUL S. GREWAL
United States Magistrate Judge

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO MODIFY CONDITIONS OF RELEASE
*United States v. Jonathan Jiang*, No. CR 11-0857 (LHK)(PSG)       2