CRISTINA C. ARGUEDAS (CA SBN 87787)
LAUREL HEADLEY (CA SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
JONATHAN JIANG

Filed
MAY 2 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN JIANG,<br><br>　　　　Defendant.<br>_____ / | CASE NO. CR 11-00857-LHK (PSG)<br><br>[PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

　　　　The parties appeared before this Court for an initial status conference on February 22, 2012, and the matter was set for a status conference on April 25, 2012. The Court thereafter continued the April 25, 2012 status conference to May 30, 2012 to give the parties an opportunity to meet and confer and exchange additional discovery.

　　　　The parties now jointly request that the May 30, 2012 status conference be continued to July 18, 2012. The reasons given for the continuance are the government has indicated an intention to indict the Mr. JIANG on additional tax-related charges and the parties wish to explore the potential for global settlement of both the instant case and potential new charges. The parties have met and conferred and the government has provided attorneys for Mr. JIANG with its theory for new charges along with supporting discovery. Attorneys for Mr. JIANG are in

[PROPOSED] ORDER RESCHEDULING STATUS
CONFERENCE AND EXCLUDING TIME UNDER THE
SPEEDY TRIAL ACT

1 | the process of evaluating and investigating the additional allegations and discovery, including
2 | consulting with experts, gathering records from third parties, translating key documents and
3 | interviewing witnesses who reside in China.   Counsel for Mr. JIANG represents that
4 | investigation is underway but additional time is needed to complete the investigation,
5 | particularly with regard to the interview of foreign witnesses.  At the conclusion of this phase of
6 | the defense investigation, the parties represent they will continue discussions regarding a global
7 | resolution.
8 |     The parties additionally make a request to exclude time under the Speed Trial Act,
9 | Title 18, U.S.C., Sections 3161(h)(7)(A); (h)(7)(B)(I) and (h)(7)(B)(iv).
10 |    For the reasons set forth below, the Court grants both requests.
11 |    The parties have stipulated, and this Court finds, that the time between May 30, 2012
12 | and July 18, 2012, is properly excluded under the Speedy Trial Act, Title 18, United States
13 | Code, Sections 3161(h)(7)(A); (h)(7)(B)(i) and (h)(7)(B)(iv). The parties represent, and this
14 | Court finds, that the this delay is necessary to allow for defense investigation and for the parties
15 | to meet and discuss matters directly relating to this case. The parties agreed that the ends of
16 | justice served by granting the requested continuance outweigh the best interest of the public
17 | and the defendant in a speedy trial.
18 |    For the foregoing reasons, the Court HEREBY ORDERS the period between May 30,
19 | 2012 and July 18, 2012 is properly excluded under the Speedy Trial Act, Title 18, United States
20 | Code, Sections 3161(h)(7)(A); (h)(7)(B)(i) and (h)(7)(B)(iv).  Based on the representation of
21 | counsel for the United States and the Defendant, the Court finds that the ends of justice served
22 | by granting the requested continuance outweigh the best interest of the public and the
23 | defendant in a speedy trial and in the prompt disposition of criminal cases.
24 | IT IS SO ORDERED
25 | DATED: 5/25, 2012
26 |                                                    _____
27 |                                                    THE HONORABLE LUCY H. KOH
   |                                                    JUDGE OF THE UNITED STATES DISTRICT COURT
28 |

[PROPOSED] ORDER RESCHEDULING STATUS
CONFERENCE AND EXCLUDING TIME UNDER THE
SPEEDY TRIAL ACT                                         2