MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney, Tax Division
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7000
   FAX: (415) 436-7009

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00857-LHK (PSG) |
|    Plaintiff, ) | |
| v. ) | **STIPULATED REQUEST TO MODIFY BOND AND [~~PROPOSED~~] ORDER** |
| JONATHAN JIANG, ) | |
|    Defendant. ) | |

The parties stipulate, subject to the Court's approval:

Defendant Jonathan Jiang (hereafter "Jiang") posted real property located at 21995 Via Regina, Saratoga, California 95070 (hereafter "subject property"), by conveying the property by Short Form Deed and Assignment of Rents Securing a Personal Surety Bond to the United States District Court.

Jiang has entered into a contract for sale of the subject property scheduled for closing on or about February 5, 2013.

By Deed of Trust recorded November 5, 2012, Instrument No. 21937514, recorded in the Santa Clara County Recorder's Office, Jiang-Wen Living Trust conveyed the subject property to Richard W. Wieking, Clerk of the United States District Court for the Northern District of California.  (See Item #15 on Fidelity National Title Preliminary Report).

1    Jiang and the United States request that the Court order the Full Reconveyance of the
2 subject property, from Richard W. Wieking, Clerk of the United States District Court, to the
3 Jiang-Wen Living Trust, dated May 2, 2004, in order to effectuate the closing sale of the subject
4 property.

5    Jiang and the United States further stipulate that a check from Fidelity National Title
6 Insurance Company, representing the net proceeds from the sale due to Jiang, in the approximate
7 amount of $1,970,231.61, shall be made payable to the United States District Court for the
8 Northern District of California and delivered to a representative of the Internal Revenue Service
9 at the closing on or about February 5, 2013, who will deliver the check to the Clerk's Office at
10 the United States District Court for the Northern District of California. The parties represent that
11 the net proceeds of sale may change by reason of a change of pro ration amount due to the actual
12 closing date.

13    Jiang and the United States stipulate that these proceeds of sale, in the approximate
14 amount of $1,970,231.61, shall be deposited to the Court's registry and held as cash bail pending
15 further order by the Court.

17 SO STIPULATED:

19                                          /s/ Cynthia Stier
                                            CYNTHIA STIER
                                            Assistant United States Attorney
20                                          Tax Division

22                                           /s/ Cris Arguedas
                                            CRISTINA ARGUEDAS
                                            Counsel for Jonathan Jiang

24 SO ORDERED:
25 Dated: February 4, 2013
                                            UNITED STATES MAGISTRATE

28 Stipulated Request to Modify Bond and
   [~~Proposed~~] Order, US v. Jiang,
   No. CR 11-00857-LHK (PSG)

2