# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0857 (LHK) (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT JONATHAN JIANG'S UNOPPOSED MOTION TO RESCHEDULE SENTENCING HEARING** |
| v. | |
| JONATHAN JIANGUO JIANG, | |
| Defendant. | |

Good cause having been shown for Defendant Jonathan Jiang's Unopposed Motion to Reschedule the Sentencing Hearing currently set for June 26, 2013 at 9:00 a.m., to July 31, 2013, at 9:30 a.m. is hereby GRANTED.

IT IS SO ORDERED.

5/8/13

_____
LUCY H. KOH
United States District Judge

**[PROPOSED] ORDER GRANTING SIXTH STIPULATION TO MODIFY CONDITIONS OF RELEASE**
*United States v. Jonathan Jiang*, No. CR 11-0857 (LHK)(PSG)        1