# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0857 (LHK) (PSG) |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT JONATHAN JIANG'S UNOPPOSED MOTION TO RESCHEDULE SENTENCING HEARING |
| v. | |
| JONATHAN JIANGUO JIANG, | |
| Defendant. | |

Good cause having been shown for the parties' Stipulated Request to Reschedule the Sentencing Hearing currently set for July 31, 2013 at 9:30 a.m., to September 18, 2013, at 9:30 a.m. is hereby GRANTED.

IT IS SO ORDERED.    6/13/13

_____
LUCY H. KOH
United States District Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE SENTENCING HEARING
*United States v. Jonathan Jiang*, No. CR 11-0857 (LHK)(PSG)          1