**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

FILED
MAR 12 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN JIANGUO JIANG,<br><br>Defendant. | No. CR 11-0857 (LHK) (PSG)<br><br>[~~PROPOSED~~] ORDER ~~GRANTING~~ DENYING DEFENDANT JONATHAN JIANG'S MOTION TO EXTEND SURRENDER DATE TO JUNE 31, 2014 |

~~Good cause having been shown for~~ Defendant Jonathan Jiang's Motion to Extend his surrender date from March 14 to June 31, 2014, ~~the motion~~ is hereby ~~GRANTED~~. **DENIED.**

IT IS SO ORDERED.

3/12/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

[~~PROPOSED~~] ORDER ~~GRANTING~~ DENYING DEFENDANT'S MOTION TO EXTEND SURRENDER DATE TO JUNE 31, 2014
*United States v. Jonathan Jiang*, No. CR 11-0857 (LHK)(PSG)        1